UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 4:21-cr-00018-CEA/CHS-1 |
| | ) | |
| MICHAEL WOODS | ) | |

## MEMORANDUM AND ORDER

Defendant Michael Woods appeared for a hearing on October 27, 2025, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order for Warrant for an Offender Under Supervision [Doc. 53] (the "Petition") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. The Court determined that Defendant wished to be represented by an attorney and qualified for appointed counsel. The Court therefore appointed Federal Defender Services to represent Defendant. The Court also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge Atchley. Defendant waived his right to a preliminary hearing. Defendant also waived his right to an immediate detention hearing but requested a detention hearing later in the week. A detention hearing was set for October 29, 2025, before this Court.

Accordingly, the Court **ORDERS** that:

(1) A detention hearing be set on October 29, 2025, at 11:15 a.m. before this Court;

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER:

s/ MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE